**Opinion issued October 9, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00741-CV

———————————

### SANJAY C. PATEL, Appellant

### V.

### JAIKRISHNA PATEL, CREMTEX LLC, GEOTHERMAL CORE INC & LCT360 LLC, Appellees

---

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 23-DCV-303857**

---

## MEMORANDUM OPINION

Appellant has filed unopposed motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal in all things. *See* TEX. R.

APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Morgan and Dokupil.